UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF LOUISIANA

SHREVEPORT DIVISION

| | |
|---|---|
| **BOBBY LEE PARKS, SR.** | **CIVIL ACTION NO. 14-1790-P** |
| **VERSUS** | **JUDGE FOOTE** |
| **CADDO CORRECTIONAL CENTER** | **MAGISTRATE JUDGE HORNSBY** |

JUDGMENT

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein, and after an independent review of the record, noting that the Petitioner has been released from jail and has not updated his contact information with the Clerk's Office, and noting the lack of written objections filed by Petitioner and determining that the findings are correct under the applicable law;

**IT IS ORDERED** that Petitioner's complaint is **DISMISSED WITHOUT PREJUDICE,** for failure to prosecute, pursuant to Rule 41(b) of the Federal Rules of Civil Procedure.

**THUS DONE AND SIGNED**, in chambers, in Shreveport, Louisiana, on this 6th day of February, 2015.

ELIZABETH ERNY FOOTE
UNITED STATES DISTRICT JUDGE